IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KRYSTAL FLORES,<br><br>    Defendant. | **Case No.:** CR 17-0373 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE**<br><br>**Honorable:**   Charles R. Breyer<br><br>**Court:**   Courtroom 6, 19th Floor |

| | |
|---|---|
| 1 | In magistrate court today, an initial appearance in the above-captioned case was set before the Honorable Charles R. Breyer for Thursday, August 17, 2017, at 1:30 p.m. Unfortunately, undersigned counsel for Defendant Krystal Flores is unavailable that day. Accordingly, the parties stipulate and jointly request that the appearance be continued to Monday, August 21, 2017, at 1:30 p.m. Time is excludable under the Speedy Trial Act due to the unavailability of counsel. |

IT IS SO STIPULATED.

| | |
|---|---|
| August 14, 2017<br>Dated | BRIAN J. STRETCH<br>United States Attorney<br>Northern District of California |
| | /S<br>RANDY LEONARD<br>Assistant United States Attorney |
| August 14, 2017<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>DANIEL P. BLANK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| August 15, 2017<br>Dated | CHARLES R. BREYER<br>United States District Judge |