STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:   415.436.7706
Email:        Gabriela_Bischof@fd.org

Counsel for Defendant Flores

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>KRYSTAL FLORES,<br><br>       Defendant. | No. CR 17-00373-CRB-2<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING DATE TO JULY 11, 2018** |

The above-captioned case is currently set for sentencing on September 12, 2016.  Due to unexpected illness, the final Presentence Report has not yet been completed. As a result, both parties stipulate and agree that sentencing should be continued from June 27, 2018, at 10 a.m. until July 11, 2018, or as soon thereafter as it can be heard.


IT IS SO STIPULATED.

Dated: June 15, 2018                                      /s/
                                                STEVEN G. KALAR
                                                Federal Public Defender
                                                Northern District of California
                                                GABRIELA BISCHOF
                                                Assistant Federal Public Defender

1

Dated: June 15, 2018                         /s/
                                   ALEX TSE
                                   Acting United States Attorney
                                   Northern District of California
                                   RANDALL LEONARD
                                   Assistant United States Attorney

**IT IS SO ORDERED.**

  June 19, 2018
 Dated                              CHARES R. BREYER
                                    United States District Judge